UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROY DIXON                                                           CIVIL ACTION

VERSUS                                                              NO. 23-374

TIM HOOPER, WARDEN                                                  SECTION M (2)

## ORDER

Having considered the complaint, the record, the applicable law, the Report and Recommendation ("R&R") of the United States Magistrate Judge,[1] and the plaintiff's objections to the R&R,[2] the Court hereby approves the R&R and adopts it as its opinion in this matter. In his objections, plaintiff repeats several of the arguments he raised in his petition for writ of habeas corpus.[3] Those arguments were thoroughly considered by the magistrate judge.[4] In addition to the reiterated arguments, plaintiff contends that the Magistrate Judge "has simply adopted the State's arguments which mischaracterize and misconstrue the issues presented."[5] The Court has reviewed the record and the R&R, and agrees with the Magistrate Judge's characterization of the issues.

Accordingly, for the foregoing reasons,

IT IS ORDERED that plaintiff Roy Dixon's objection is OVERRULED.

IT IS FURTHER ORDERED that the petition of Roy Dixon for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 be DISMISSED WITH PREJUDICE.

---

[1] R. Doc. 12.
[2] R. Doc. 13.
[3] *Compare* R. Doc. 3-1 at 19-21, 28 *with* R. Doc. 13 at 2-4.
[4] *See* R. Doc. 12.
[5] R. Doc. 13 at 4.

New Orleans, Louisiana, this 2nd day of October, 2023.

                                                                        _____
                                                                        BARRY W. ASHE
                                                                        UNITED STATES DISTRICT JUDGE